AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number:  08 CV 6209

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

47 REALOPP CORP, THE RIESE ORGANZATION, INC AND HARLEY 47, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2008 | _signature_ |
| Date | Signature |
| | JAMES P. ROSENZWEIG, ESQ.   JR-4810 |
| | Print Name / Bar Number |
| | 560 FIFTH AVENUE, 3RD FLOOR |
| | Address |
| | NEW YORK    NY    10036 |
| | City / State / Zip Code |
| | (212) 560-1749    (212) 629-0942 |
| | Phone Number / Fax Number |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.
COUNTY OF NEW YORK           )

    YANICK CHERY, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over 18 years of age and resides within New York County, New York.

    That on the 15th day of August 2008, the deponent served the within NOTICE OF APPEARANCE via regular mail upon:

        Martin J. Coleman, Esq.
        100 Crossways Park Drive West
        Ste 412
        Woodbury, NY 11797

at the address designated by said party for that purpose by mailing same in a sealed envelope within an official depository of United States Post Office within the State of New York.

_____
YANICK CHERY

Sworn to before me this
15th day of August 2008

_____
NOTARY PUBLIC

ILLANA RAM
Notary Public, State of New York
No. 02RA6100823
Qualified in New York County
Commission Expires Oct. 27, 2011